**In re Nomination Petition of Edward A. TOMASELLI, Petitioner.**

Supreme Court of Pennsylvania.

April 25, 2006.

## ORDER

PER CURIAM.

AND NOW, this 25th day of April 2006, the Petition of Allowance of Appeal is **GRANTED.** The Order of the Commonwealth Court dated March 31, 2006 is **RE-VERSED.** The burden of proof with regard to Objections to Nomination Petitions

rests with the Objector. *In re Nomination of Flaherty,* 564 Pa. 671, 679, 770 A.2d 327, 331 (2001). The Order of the Court of Common Pleas of Philadelphia County dated March 21, 2006 is **REINSTATED.**